# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                            dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                              ltrust@osbornlawpc.com

February 24, 2026

Application GRANTED. SO ORDERED.
Dated: February 24, 2026

**VIA ECF**

Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Martinez v. Commissioner of Social Security,*
               Civil Action 1:25-cv-08695-SDA

Dear Judge Aaron,

We write on behalf of plaintiff, Madeline Milagros Martinez, and with the consent of the defendant, to request a 90-day extension of time to file plaintiff's motion for judgment on the pleadings which is due on March 6, 2026, per the Court's Standing Scheduling Order. This is the parties' first request for an extension. The Plaintiff requests this extension due to a heavy caseload with overlapping deadlines in the following weeks.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

1. Plaintiff to file her motion for judgment on the pleadings on or before: **June 4, 2026**;

2. Defendant to file its response to plaintiff's motion/cross motion on or before: **September 2, 2026**; and

3. Plaintiff to file her reply, if any, on or before: **September 16, 2026.**

43 West 43rd Street, Suite 131          Telephone 212-725-9800          osbornlawpc.com
New York, New York 10036          Facsimile  212-500-5115          info@osbornlawpc.com

Honorable Stewart D. Aaron
February 24, 2026
Page 2

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com

cc: Candace Brown Casey, Esq. (by ECF)