# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                              dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                                ltrust@osbornlawpc.com

May 28, 2026

Application GRANTED. SO ORDERED.
Dated: May 28, 2026

**VIA ECF**

Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                    Re:    *Martinez v. Commissioner of Social Security,*
                           Civil Action 1:25-cv-08695-SDA

Dear Judge Aaron,

        We write on behalf of plaintiff, Madeline Milagros Martinez, and with the consent of
the defendant, to request a 45-day extension of time to file plaintiff's motion for judgment on
the pleadings which is due on June 4, 2026, per the Court's February 24, 2026 Order granting
Extension of Time. This is the parties' second request for an extension. The plaintiff requests
this extension due to a heavy caseload with overlapping deadlines over the upcoming weeks.

        After conferring with the defendant, the parties have agreed to proceed according to the
following amended scheduling order, subject to the Court's approval:

  1.    Plaintiff to file her motion for judgment on the pleadings on or before: **July 20,
        2026**;

  2.    Defendant to file its response to plaintiff's motion/cross motion on or before:
        **September 18, 2026**; and

  3.    Plaintiff to file her reply, if any, on or before: **October 2, 2026.**

43 West 43rd Street, Suite 131          Telephone 212-725-9800        osbornlawpc.com
New York, New York 10036                Facsimile  212-500-5115       info@osbornlawpc.com

Honorable Stewart D. Aaron
May 28, 2026
Page 2

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust
Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
ltrust@osbornlawpc.com

cc: Candace Brown Casey, Esq. (by ECF)